

# Memorandum

| Subject | Date |
|---|---|
| Issuance of Arrest Warrant and Limits of Punishment-JERRY STINSON Sentencing Guidelines Case | January 18, 2006 |

| To | From |
|---|---|
| Debra P. Hackett, Clerk U.S. District Court | K. David Cooke, Jr. Assistant U.S. Attorney |

    Please issue an arrest warrant for the following individual who was indicted at the January 18, 2006, Grand Jury:

> JERRY STINSON
> 509 Echols Drive
> Auburn, Alabama

> <u>LIMITS OF PUNISHMENT</u>
> <u>COUNT 1</u>
> NMT $250,000 fine or twice
> gross loss to victim or
> twice gross gain to defendant,
> whichever is greatest;
> NMT 5Y, B;
> NMT 3Y SUP REL;
> $100 Assessment Fee;
> VWPA

Estimated trial days: 2