AO 442    (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

_____MIDDLE_____ District of _____ALABAMA_____

UNITED STATES OF AMERICA

V.

JERRY STINSON
509 Echols Drive
Auburn, AL

**WARRANT FOR ARREST**

Case Number:   2:06cr015-A

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____JERRY STINSON_____
                                              Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

X Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice

charging him or her with   (brief description of offense)

FALSE DECLARATIONS BEFORE GRAND JURY/COURT (2 Counts)

in violation of Title _____18_____ United States Code, Section(s) _____1623_____

DEBRA P. HACKETT                                   *(signature)*
Name of Issuing Officer                            Signature of Issuing Officer

CLERK                                              January 23, 2006 - Montgomery, AL
Title of Issuing Officer                           Date and Location

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |