| | | |
|---|---|---|
| COURTROOM DEPUTY'S MINUTES | DATE: February 8, 2006 | |
| MIDDLE DISTRICT OF ALABAMA | DIGITAL RECORDING: | 10:21 - 10:24 |

√ ARRAIGNMENT   ❏ CHANGE OF PLEA   ❏ CONSENT PLEA
❏ RULE 44(c) HEARING   ❏ SENTENCING

---

**PRESIDING MAG. JUDGE:** Susan Russ Walker   **DEPUTY CLERK:** Joyce Taylor
**CASE NUMBER:** 2:06cr15-WHA-SRW   **DEFENDANT NAME:** Jerry Stinson
**AUSA:** David Cooke   **DEFENDANT ATTORNEY:** Richard Keith
   Type counsel ( )Waived; ( )Retained; (√)CJA; ( )FPD
   ( ) appointed at arraignment; ( ) standing in for: _____

**PTSO/USPO:** Ron Thweatt
**Interpreter present?** ( √ )NO; ( )YES   Name:

---

❏ This is defendant's **FIRST APPEARANCE.**
❏ **Financial Affidavit executed. ORAL MOTION** for appointment of Counsel.
❏ **ORAL ORDER** appointing Federal Public Defender.  Notice of Appearance to be filed.
❏ **WAIVER OF INDICTMENT** executed and filed.
❏ **INFORMATION** filed.
❏ Juvenile Information filed w/Certificate that State Court refused jurisdiction.
**PLEA:**   √ **Not Guilty**
   ❏ **Guilty as to:**
      ❏ **Count(s):**
      ❏ **Count(s):**      ❏ dismissed on oral motion of USA
                ❏ to be dismissed at sentencing
❏ Written plea agreement filed   ❏ **ORDERED SEALED**
❏ **ORAL ORDER** Accepting Guilty Plea and Adjudicating Defendant Guilty as to Count
√ CRIMINAL TERM:   6/26/06      √ WAIVER OF SPEEDY TRIAL filed.
               **DISCOVERY DISCLOSURE DATE: 2/8/06**
❏ **ORDER:** Defendant continued under ❏ same bond;   ❏ summons; for:
      ❏ Trial on _____; ❏ Sentencing on _____
❏ **ORDER:** Defendant remanded to custody of U. S. Marshal for:
      ❏ Trial on _____; or ❏ Sentencing on _____
❏ Rule 44 Hearing:   ❏ Waiver of Conflict of Interest Form executed
         ❏ Defendant requests time to secure new counsel