IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )   )| |
| v.                                                  )   ) | Case No.   2:06-cr-015-A |
| JERRY STINSON                         ) | |

**MOTION FOR FUNDS FOR PRIVATE INVESTIGATOR**

COMES NOW the defendant, Jerry Stinson, by and through the undersigned appointed attorney of record, and hereby files this Motion for Funds for Private Investigator with this Court, and respectfully proffers the following as grounds in support:

1. The defendant is charged in Count I of the Indictment with "perjury charges" in violation of Title 18, United States Code, Section 1623.

2. The defendant is indigent and has been approved for Court Appointed Counsel.

3. Counsel for Defendant has no specific training or experience in the field of criminal investigation.

4. The defendant requires a qualified investigator to properly prepare for trial by interviewing certain defense witnesses.

WHEREFORE, Defendant Jerry Stinson requests this Court to grant his Motion for Funds for Private Investigator in consideration of the grounds set forth herein, and hereby requests adequate, necessary and reasonable funds to hire a qualified and licensed private investigator, not to exceed the sum of $750.00 (at the rate of $50.00/hr., plus $200.00 for expenses).

Respectfully submitted this 24th day of February, 2006.

s/ Richard K. Keith
**RICHARD K. KEITH**
**(KEIT3566)**
Attorney for Defendant Kelley
**KEITH & HAMM, P.C.**
22 Scott Street
Montgomery, AL  36104-4012
Telephone: (334) 264-6776
Facsimile:  (334) 265-5362

## CERTIFICATE OF SERVICE

I hereby certify that on February 24, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

David Cooke, Jr., AUSA
United States Attorney's Office
Post Office Box 197
Montgomery, AL 36101-0197

s/ Richard K. Keith
**OF COUNSEL**

2