**COURTROOM DEPUTY'S MINUTES**              **DATE:** February 28, 2006

**MIDDLE DISTRICT OF ALABAMA**              Digital Recording: 8:51 - 8:52

<u>**PRETRIAL CONFERENCE**</u>

**PRESIDING MAG. JUDGE.** Susan Russ Walker        **DEPUTY CLERK:** Joyce Taylor

**CASE NUMBER:**    2:06cr15-WHA        **DEFENDANT(S)**   Jerry Stinson

| GOVERNMENT | APPEARANCES | DEFENDANT |
|---|---|---|
| David Cooke | * | Richard Keith |

☐ **DISCOVERY STATUS:**
    Complete

☐ **PENDING MOTION STATUS:**
    Court states that defendant's motion for funds for private investigator will be granted by order

☐ **PLEA STATUS:**
    Possible plea
    Notice of intent to change plea to be filed no later than noon on June 14, 2006

☐ **TRIAL STATUS**
    Trial time - 1 ½ days

☐ **REMARKS:**