IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06cr015-WHA |
| | ) | WO |
| JERRY STINSON | ) | |

**ORDER ON MOTION**

Upon consideration of defendant's ex parte application for investigative expenses (Doc. # 14), filed February 24, 2006, and upon the court's finding that such services are necessary and that the defendant is financially unable to obtain them, it is

ORDERED that the motion be and is hereby GRANTED pursuant to 18 U.S.C. § 3006(e)(1).  Compensation to be paid to an investigator for services rendered shall not exceed $750.00, as requested by defendant, exclusive of reimbursement for expenses reasonably incurred.  Id. at § 3006(e)(3).

DONE, this 2nd day of March, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE