**IN THE UNITED STATES DISTRICT COURT FOR**
**THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No.  2:06-cr-0015-WHA |
| ) | |
| **JERRY STINSON,** ) | |
| ) | |
| **Defendant.** ) | |

### MOTION TO CONTINUE JUNE 2, 2006 PRE-TRIAL CONFERENCE

COMES NOW, the defendant, Jerry Stinson, by and through the undersigned attorney, Richard K. Keith, and moves this Honorable Court for a continuance.

As grounds in support thereof, the following is stated:

1. There is a Pre-Trial Conference currently scheduled in the above-styled cause on June 2, 2006.

2. The undersigned attorney has a previously scheduled Family Law Divorce seminar in Destin, Florida scheduled to commence on June 1, 2006, in which he has pre-registered and pre-paid.

3. Assistant United States Attorney K. David Cooke, Jr. has been contacted and does not oppose a continuance in this matter.

WHEREFORE, premises considered, the defendant moves this Honorable Court to continue the June 2, 2006 Pre-Trial Conference.

Respectfully submitted this 24th day of May, 2006.

                                          s/ Richard K. Keith
                                          **RICHARD K. KEITH (KEI003)**
                                          Attorney for Defendant
                                          **KEITH & DUBIN**
                                          22 Scott Street
                                          Montgomery, AL  36104-4012
                                          Telephone: (334) 264-6776
                                          Facsimile:  (334) 265-5362

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 24, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

K. David Cooke, Jr., AUSA
Post Office Box 197
Montgomery, AL 36101-0197

                                          s/ Richard K. Keith
                                          **OF COUNSEL**