IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06cr015-WHA |
| | ) | |
| JERRY STINSON | ) | |

**ORDER ON MOTION**

Upon consideration of defendant's motion to continue pretrial conference (Doc. # 18), filed May 24, 2006, and for good cause, it is

ORDERED that the motion be and hereby is GRANTED. Defendant's counsel is DIRECTED to call the chambers of the undersigned at 3 p.m. on the date scheduled for the pretrial conference and he will be permitted to participate in the pretrial conference by telephone.

DONE, this 25th day of May, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE