| | |
|---|---|
| COURTROOM DEPUTY'S MINUTES | DATE: June 2, 2006 |
| MIDDLE DISTRICT OF ALABAMA | Digital Recording: 3:15 - 3:19 |

## PRETRIAL CONFERENCE

| | |
|---|---|
| PRESIDING MAG. JUDGE. Susan Russ Walker | DEPUTY CLERK: Joyce Taylor |
| CASE NUMBER: 2:06cr15-WHA | DEFENDANT(S)  Jerry Stinson |

| GOVERNMENT | APPEARANCES | DEFENDANT |
|---|---|---|
| David Cooke | * | Richard Keith (by telephone) |

☐ **DISCOVERY STATUS:**
    No problems

☐ **PENDING MOTION STATUS:**

☐ **PLEA STATUS:**
    10 - 15% chance of plea
    Mr. Keith states he will know more next week
    Notice of intent to change plea to be filed no later than noon on June 14, 2006

☐ **TRIAL STATUS**
    Trial likely - Trial time 2-3 days

☐ **REMARKS:**
    Mr. Keith states he would like this case to be set during the second week of the trial term.  Mr. Keith to contact Judge Albritton regarding this.