IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.  2:06-cr-0015-WHA |
| | ) |
| JERRY STINSON, | ) |
| | ) |
| Defendant. | ) |

## QUESTIONS ON VOIR DIRE EXAMINATION

The defendant, Jerry Stinson, requests the following questions be propounded to the venire:

1) The law says that a defendant who has been charged with a crime is presumed to be innocent.  Are you willing to give that presumption of innocence to the defendant?

2) Do you agree with the law that a defendant is innocent until proven guilty beyond a reasonable doubt?

3) Do you agree with the law that the burden of proving that the defendant is guilty beyond a reasonable doubt rests with the prosecution?

4) Would you require in your own mind that the defendant prove his innocence to you before you would find him not guilty?

5) Would the fact that a grand jury returned an indictment against the defendant lead you to the inference that the defendant has committed a crime?

6) Does the fact that this case involves a perjury charge tend to make you prejudiced against the defendant in any way?

7) Do any of you have such strong personal or philosophical feelings about the general subject matter of perjury so as to impair your ability to render a fair and impartial verdict in this case? If yes, please stand and state your name.

8) Have you or any of your relatives or close friends ever been charged or convicted of any perjury offense? If so, please explain.

9) Would you give the accused the benefit of your individual judgment in arriving at a verdict in this case?

10) Do any of you have family ties, are friends with, or have any relationship, with police or law enforcement persons? If so, please state the relationship.

11) Have you ever been a witness for the prosecution in a criminal case? Please explain.

12) Do you agree that you are enforcing the law just as vigorously by voting for acquittal, if there is a reasonable doubt as to guilt, as you do by voting for conviction when there is no such doubt?

13) Does any member of the jury venire know any of the following people? (We ask the Court to read a list of the Government's proposed witness).

14) Do you agree that an impartial trial by an unbiased jury is a constitutional guarantee no matter what the charges are against the defendant?

15) Are any of you related to anyone on the United States Attorney's staff?

16) Does any member of the jury venire know any member of the U. S. Attorney's Office and its investigators? (We ask the U. S. Attorney or one of his assistants to please stand and give with clarity each member of the U. S. Attorney's Office, including investigators).

17) How many of you believe that a law enforcement officer's testimony is more worthy of belief than the testimony of someone who is not a law enforcement officer? Would any of you give greater weight to the testimony of a law enforcement officer or public official or governmental employee than that of a private citizen? Would those of you who share that belief please stand and state your name.

18) Does any member of the jury venire have an interest in the conviction of the defendant?

19) Do any of you know anything about the facts of this case?

20) If you came to the conclusion that the prosecution had not proven the guilt of the accused beyond a reasonable doubt, and you found that a majority of the jurors believed the accused was guilty, would you change your verdict only because you were in the minority?

21) Do you have any objection with the statement of law that the indictment in this case is not evidence and should not be considered by you as evidence and it is only the procedure by which one is brought to trial and the fact that an indictment has been returned is not evidence of any guilt on behalf of the defendant whatsoever?

22) Have any of you received any training in law? If your answer is yes, briefly describe the nature of that training.

24) Do you understand that the comments of the prosecutor are not evidence in this case?

Respectfully submitted this 19th day of June, 2006.

        s/ Richard K. Keith
        **RICHARD K. KEITH (KEI003)**
        Attorney for Defendant
        **KEITH & DUBIN**
        22 Scott Street
        Montgomery, AL  36104-4012
        Telephone: (334) 264-6776
        Facsimile:  (334) 265-5362

## CERTIFICATE OF SERVICE

I hereby certify that on June 19, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

K. David Cooke, Jr., AUSA
Post Office Box 197
Montgomery, AL 36101-0197

        s/ Richard K. Keith
        **OF COUNSEL**