IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CR. NO. 2:06CR015-WHA |
| | ) | |
| JERRY STINSON | ) | |

**GOVERNMENT'S MOTION IN LIMINE TO EXCLUDE DURESS DEFENSE**

COMES NOW the Government, and files this its *Motion in Limine to Exclude Duress Defense*. In support of said motion, the Government offers the following:

1.

The defendant is charged with two violations of 18 U.S.C. § 1623, *False Declarations Before a Court or Grand Jury*.

2.

Counsel for the defendant has indicated that the defendant will offer a defense of duress.

3.

In order to properly present a defense of duress, the defendant must present evidence that the defendant reasonably feared immediate death or serious bodily injury, which could only be avoided by committing the criminal act charged.

4.

Based on conversations with defense counsel and the testimony given by the defendant at a previous hearing, the defendant did not fear immediate death or serious bodily injury. Instead, the defendant claimed he feared he may be arrested for crimes he committed previously if he did not testify as instructed by Auburn Police Officer Willie Smith and FBI Agent Kelvin King.

5.

Even if the defendant proved he was threatened with arrest if he did not testify, this evidence has absolutely no relevance as to whether he feared immediate death or bodily injury. Such evidence could only be used to unduly and improperly prejudice the jury.

6.

Because the evidence has no legal relevance, the government asks that the court bar any statement, argument, or testimony regarding any alleged threats by law enforcement agents until such time that the defendant, outside the presence of the jury, satisfies the court that credible evidence exists that indicates that the defendant reasonably feared of immediately receiving death or serious bodily injury.

Respectfully submitted this 19th day of June, 2006.

        LEURA G. CANARY
        UNITED STATES ATTORNEY

        /s/ K. David Cooke, Jr.
        K. DAVID COOKE, JR.
        Assistant United States Attorney
        One Court Square, Suite 201
        Montgomery, AL 36104
        Phone: (334)223-7280
        Fax: (334)223-7135
        E-mail: david.cooke@usdoj.gov
        GA Bar ID 184584

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CR. NO. 2:06CR015-WHA |
| | ) | |
| JERRY STINSON | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on June 19, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Richard Keith, Esq.

Respectfully submitted,

/s/K. David Cooke, Jr.
K. DAVID COOKE, JR.
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, AL 36104
Phone: (334)223-7280
Fax: (334)223-7135
E-mail: david.cooke@usdoj.gov