IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| vs. | ) CR. NO. 2:06cr015-WHA |
| JERRY STINSON | ) |

### ORDER

Upon consideration of the Government's Motion in Limine to Exclude Duress Defense (Doc. #23), filed on June 19, 2006, it is hereby

ORDERED that the Defendant file a response to the motion **on or before June 22, 2006.**

DONE this 19th day of June, 2006.

    /s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE