IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) CASE NO. 2:06cr15-WHA |
| | ) |
| JERRY STINSON, | ) |

## ORDER

It is hereby Ordered that this case is set for a hearing in courtroom 2C at 9:00 a.m. on Monday, June 26, 2006, to take up outstanding issues in advance of jury selection. Specifically, this will include counsel being asked to discuss how the case of <u>United States of America v. Sarihifard</u>, 155 F.3d 301 (4th Cir. 1998) might have application to this case.

DONE this 23rd day of June, 2006.


/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE