IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

**FILED**
JUN 2 6 2006
CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No. 2:06-cr-0015-WHA |
| JERRY STINSON, | ) ) | |
| Defendant. | ) ) | |

### DEFENDANT'S SUPPLEMENTAL REQUEST FOR JURY INSTRUCTIONS

The defendant, by undersigned counsel, hereby requests that the Court give the supplemental jury instructions which are attached hereto at the time it charges the jury on the law in this case.

Respectfully submitted this 26th day of June, 2006.

s/ Richard K. Keith
**RICHARD K. KEITH (KEI003)**
Attorney for Defendant
**KEITH & DUBIN**
22 Scott Street
Montgomery, AL 36104-4012
Telephone: (334) 264-6776
Facsimile: (334) 265-5362

### CERTIFICATE OF SERVICE

I hereby certify that on June 26, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

K. David Cooke, Jr., AUSA
Post Office Box 197
Montgomery, AL 36101-0197

s/ Richard K. Keith
**OF COUNSEL**

## REQUESTED JURY CHARGE NUMBER 1

If, after due deliberation, you find an intolerable degree of law enforcement participation, that resulted in the defendant's Grand Jury testimony, you may find him not guilty.

*U.S. v. Russell, 411 U.S. 423, 432 (1973)*

## REQUESTED JURY CHARGE NUMBER 2

If you find that the defendant was coerced, threatened, or threatened into making his Grand Jury testimony, you may find him not guilty.

*U.S. v. Russell, 411 U.S. 423, 432 (1973)*

## REQUESTED JURY CHARGE NUMBER 3

If you find that the defendant's false testimony before the Grand Jury was the result of law enforcement misconduct that caused prejudice to the defendant, you may find him not guilty.

*U.S. v. Verbitskaya*, 406 F.3d 1324 (11th Cir. 2005)