FILED JUN 26 2006
CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No.   2:06-cr-0015-WHA |
| JERRY STINSON, | ) | |
| Defendant. | ) | |

### DEFENDANT'S WITNESS LIST

1. Albruce Echols
2. David Lee Dumas
3. Joseph Lampkin
4. Liery Smith
5. E.L. Spencer

Respectfully submitted this 26th day of June, 2006.

s/ Richard K. Keith
**RICHARD K. KEITH   (KEI003)**
Attorney for Defendant
**KEITH & DUBIN**
22 Scott Street
Montgomery, AL  36104-4012
Telephone:  (334) 264-6776
Facsimile:   (334) 265-5362

## CERTIFICATE OF SERVICE

I hereby certify that on June 26, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

K. David Cooke, Jr., AUSA
Post Office Box 197
Montgomery, AL 36101-0197

                                              s/ Richard K. Keith
                                              **OF COUNSEL**