# MINUTES

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

W. HAROLD ALBRITTON, SENIOR U. S. DISTRICT JUDGE, PRESIDING, AT MONTGOMERY, AL

| | | | |
|---|---|---|---|
| DATE COMMENCED: | June 26, 2006 | AT: | 9:00 a.m. |
| DATE COMPLETED: | June 27, 2006 | AT: | 10:14 a.m. |
| | | | (Court Time: 6 hr. 26 min.) |

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| vs. | )   CR. No. 2:06cr015-WHA |
| | ) |
| JERRY STINSON | ) |

APPEARANCES:

| GOVERNMENT | DEFENDANT |
|---|---|
| David Cooke | Richard Keith |

COURT OFFICIALS PRESENT

Risa Entrekin, Court Reporter
Elna Behrman, Courtroom Deputy

Lisa Harden, Law Clerk

## JURORS

| | |
|---|---|
| 1.  Darla Wise | 8.  Katharine Stone |
| 2.  Barbara Adams | 9.  James Harvest |
| 3.  Stuart Tindal | 10. Melissa Pershing |
| 4.  Kristopher Abney | 11. Alicia Douglass |
| 5.  Linda Holman | 12. Robin Steele |
| 6.  James Davis | |
| 7.  Helen Walton | |

## ALTERNATE JURORS

1.  Larry Horne
2.  Dallas Farris

I hereby certify that all jurors served in this case on June 26 - 27, 2006.

Courtroom Deputy

<u>COURTROOM PROCEEDINGS</u>

| | |
|---|---|
| 9:00 a.m. - | Hearing commences to take up matters prior to trial. |
| | Parties argue Motion in Limine (Doc. #23). |
| | As to duress defense, court will reserve ruling on the Government's motion. |
| | Parties state neither will contest the matter of the authenticity of the transcripts. |
| | Court GRANTS the Government's motion as to introduction of redacted transcripts. |
| | Court takes up other miscellaneous matters. |
| 9:35 a.m. | Court is in recess. |
| | |
| 10:00 a.m. | Jury selection process begins. |
| | Court gives welcome and instructions. |
| | Jury qualification begins. |
| | Jury selection. |
| | Jury panel released. |
| | Jury excused until 1:30 p.m. |
| | Court takes up miscellaneous matters with counsel. |
| 11:55 a.m. | Court is in recess until 1:30 p.m. |
| | |
| 1:30 p.m. - 1:43 p.m. | Conference with attorneys (outside presence of jury). |
| 1:45 p.m. | Trial commences. |
| | Rule is invoked. |
| | Jury is sworn. |
| | Court's preliminary instructions to jury. |
| | Government's opening statement (5 min.). |
| | Defendant's opening statement (6 min.). |
| | Government begins presentation of its case. |
| 3:17 p.m. | Jury is excused. |
| 3:17 p.m. - 3:20 p.m. | Court overrules Defendant's previous objection to redacted transcript. |
| 3:20 p.m. - 3:38 p.m. | Court is in recess. |
| 3:38 p.m. - 3:46 p.m. | Hearing outside presence of the jury. |
| 3:46 p.m. | Testimony resumes. |
| 4:05 p.m. | Government rests. |
| 4:10 p.m. | Jury is excused until 6/27 at 10:00 a.m. |
| 4:11 p.m. | Defendant orally moves for judgment of acquittal. |
| | Court overrules motion. |
| | Court hears testimony on the question of limiting testimony of Defendant as to duress defense. |
| | Defendant argues as to why testimony of Defendant should be allowed. |
| | Court sustains objection as to testimony to any visits after grand jury testimony as being irrelevant. |
| | Court will reserve final ruling until tomorrow morning as to duress defense. |
| | Hearing on this issue will resume 6/27 at 9:00. |
| 5:05 p.m. | Court is adjourned. |

**6/27/06**

| | |
|---|---|
| 9:00 a.m. | Hearing on Defendant's testimony continues outside the presence of the jury. |
| | Court orally GRANTS the Government's Motion in Limine as to any testimony as to duress defense. |

|  |  |
|---|---|
|  | Defendant renews his objection. |
| 9:10 a.m. | Court is in recess. |
| (9:15 a.m. - 9:26 a.m.) | Charge conference (off the record). |
| 9:45 a.m. | Court is in session. |

Defendant states he wishes to change his plea from guilty to not guilty.

Defendant's counsel states that there is no plea agreement; the only agreement is that Defendant be allowed to remain on bond pending sentencing.

Defendant is sworn.

Court goes through plea colloquy.

Defendant pleads guilty to Counts 1 and 2 of the Indictment.

Court accepts the plea and adjudges the Defendant guilty.

Government does not oppose Defendant being allowed to remain on bond.

Court will enter orders setting sentencing and allowing Defendant to remain on bond.

Defendant is released on bond under same terms and conditions imposed by the magistrate judge pending sentencing on September 27, 2006.

Jury is returned to the courtroom and informed of guilty plea.

Court thanks jury for service and releases them.

10:14 a.m.          Court is adjourned.