⚟AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

_____MIDDLE_____ DISTRICT OF _____ALABAMA_____

UNITED STATES OF AMERICA

V.

JERRY STINSON

**EXHIBIT LIST**

Case Number: 2:06cr015-WHA

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| W. Harold Albritton | David Cook | Richard Keith |
| **TRIAL DATE(S)** | **COURT REPORTER** | **COURTROOM DEPUTY** |
| 6/26/06 - | Risa Entrekin | Elna Behrman |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| 1 | | 6/26/06 | | X | Copy of transcript from August 30, 2005 grand jury |
| 2A | | 6/26/06 | | X | Copy of redacted transcript from hearing on Motion to Dismiss on November 30, 2005 |
| 2 | | 6/26/06 | | X | Copy of unredacted transcript from hearing on Motion to Dismiss - for identification |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ___1___ Pages