IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| vs. | ) Case No. 2:06cr015-WHA |
| | ) |
| JERRY STINSON | ) |

**WITNESS LIST**

GOVERNMENT

Paul Houston

DEFENDANT

Jerry Stinson (outside presence of jury)