# EXHIBIT A

EXHIBIT A

STATE OF ALABAMA
COUNTY OF LEE

## AFFIDAVIT OF JERRY STINSON

1. My name is **Jerry Stinson**. I am a 33 year old black man, and I reside in Auburn, Alabama. I make this statement of my own free will. I have first hand knowledge of the facts in this statement and I am competent to testify about what happened to me.

2. I came of my own choice to make this statement about what happened to me. The Auburn police came to my job at Spencer Lumber, where I have worked for some time. The Auburn police officers told me they wanted to speak with me and started to take me outside. I thought they were taking me outside of the warehouse to talk with me in the parking lot, but when I got outside, they put me into a Dodge Durango, and drove me to Auburn police headquarters. The Auburn police told me they had a warrant for my arrest because I had not been paying my fines.

3. I had been arrested on a prior occasion where I was charged with driving recklessly on a suspended license, for resisting arrest and for having a firearm without a permit. I had gone to Auburn Municipal Court for all of these charges on April 1, 2004. The Judge gave me a suspended sentence, partly because my boss, Mr. Spencer told the Judge that I was a good worker, and that he did not think I should spend time in jail. The court ordered that I pay a fine, in installments, which I was doing. The police who picked me up said that I had not been paying the fine as ordered.

4. When the Auburn police took me to the station, they put me in a room and asked me if I knew Tyrone White. I told them I knew him from seeing him around town, because he was a police officer, but I had never had any dealing with him. The Auburn police asked me if I had given Tyrone money to fix tickets. I told them I had never even met Tyrone. However, that was not what they wanted to hear, and they told me that they had a warrant for me, and were going to put me in County Jail, if I did not start telling them the truth about Tyrone. The police had a

statement ready for me to sign before I even got there. They said that all I had to do was sign the statement, and then I could go. I did not want to go to jail and lose my job, so I signed the papers they put in front of me.

5. Two days later, I called the police department and told them that I had lied to them when they were questioning me and that I could not do that to Tyrone. I told them that I wanted to tell the truth, that I had never given Tyrone any money. They told me that if I changed my story I could get "jammed up," and sent back to jail. The Auburn police put the pressure back on me because they wanted me to stick to the statement they pressured me into signing two days earlier. I got nervous and backed off.

6. I swear that I have never had any dealings with Tyrone White. I know him from seeing him around, but I have never spoken to him. The Auburn police brought me in, and told me they were going to put me jail, because they had a warrant. The Auburn police made me sign a statement they had already prepared for me in advance, but it was not true. I decided to make this statement, today, because I want to tell the truth about what happened.

7. I swear or affirm that I have carefully read the foregoing, and that I understand its contents, and that the statements above are true and correct.

_Jerry S. Stinson_
Signature of Affiant

_JERRY Stinson_
Printed Name

STATE OF ALABAMA  )
                  ) ss.
COUNTY OF LEE     )

Subscribed and sworn to before me this 9th day of October, 2005, at Auburn, Alabama.

_____
Notary Public in and for the State of Alabama
residing at: Montgomery, AL
My commission expires: 11-25-07

(SEAL)