# MINUTES

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

W. HAROLD ALBRITTON, SENIOR U. S. DISTRICT JUDGE, PRESIDING, AT MONTGOMERY, AL

| | | | |
|---|---|---|---|
| DATE COMMENCED: | September 27, 2006 | AT: | 9:24 a.m. |
| DATE COMPLETED: | September 27, 2006 | AT: | 10:06 a.m. |

UNITED STATES OF AMERICA )
)
) CR. No. 2:06cr015-WHA
vs. )
)
JERRY STINSON )

APPEARANCES:

| GOVERNMENT | DEFENDANT |
|---|---|
| David Cooke | Richard Keith |

### COURT OFFICIALS PRESENT

| | |
|---|---|
| Risa Entrekin, Court Reporter | Terrence Marshall, USPO |
| Elna Behrman, Courtroom Deputy | Lisa Harden, Law Clerk |

### COURTROOM PROCEEDINGS

(X)   **SENTENCING HEARING**

Hearing commences.
Parties have reviewed the presentence report and have no objections.
The court adopts the factual statements contained in the presentence report.
Defendant presents testimony in support of Motion for Downward Departure.
Mr. Keith calls the Defendant to the witness stand.
Government advises the Defendant concerning perjuring himself on the stand under oath.
Defendant is sworn.
Mr. Keith requests that he be allowed to adopt trial testimony in lieu of any live testimony.
Defendant does not testify.
Government presents testimony in opposition to motion.
After explanation, the court orally DENIES the Defendant's Motion for Downward Departure (Doc. #37).
Mr. Keith speaks on Defendant's behalf.
Defendant addresses the court.
Sentence is stated.
No objection to statement of sentence.
Sentence is ORDERED imposed as stated.
Defendant is advised of his right to appeal.
Defendant is allowed to remain on bond under the terms and conditions imposed by the Magistrate Judge
     on January 26, 2006, until he self-surrenders on November 17, 2006.
Defendant is DIRECTED to see the probation officer before leaving.