IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA )
)
)
vs. )  Cr. No. 2:06cr015-WHA
)
JERRY STINSON )

## WITNESS LIST

**GOVERNMENT**

Willie James Smith

**DEFENDANT**

Jerry Stinson - sworn but did not testify