AO 245B  (Rev. 06/05) Judgment in Criminal Case
Sheet 2 — Imprisonment

Judgment — Page __2__ of __6__

DEFENDANT: JERRY STINSON
CASE NUMBER: 2:06cr015-WHA

RECEIVED 2007 FEB -9 A 10: 21

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

**24 months.** This term consists of 24 months on each count to be served **concurrently.**

☐ The court makes the following recommendations to the Bureau of Prisons:

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

  ☐ at _____ ☐ a.m. ☐ p.m. on _____
  ☐ as notified by the United States Marshal.

X The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

  X before 2 p.m. on   November 17, 2006
  ☐ as notified by the United States Marshal.
  ☐ as notified by the Probation or Pretrial Services Office.

*Delivered on 12/18/06 to USP ATL*

## RETURN

I have executed this judgment as follows:

Defendant delivered on __12-20-06__ to __FCC Forrest City - Low__
at __Forrest City, AR__, with a certified copy of this judgment.

RETURNED AND FILED
FEB 14 2007
CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

_____
UNITED STATES MARSHAL   BROW

By _____
DEPUTY UNITED STATES MARSHAL